692 A.2d 45

DON FISHER v. NEW JERSEY STATE PAROLE BOARD.

March 4, 1997.

## ORDER

Leave to appeal is granted and the matter is summarily remanded to the Appellate Division for an accelerated reconsideration on the merits in the light of *N.J.S.A.* 30:4–16.3, which states that the act applies when an inmate files "an action or proceeding in any court of this State".

692 A.2d 45

ERIC GIBBONS v. SCOTT FAUNCE.

March 4, 1997.

## ORDER

Leave to appeal is granted and the matter is summarily remanded to the Appellate Division for an accelerated reconsideration on the merits in the light of *N.J.S.A.* 30:4–16.3, which states that the act applies when an inmate files "an action or proceeding in any court of this State."

692 A.2d 45

PPG INDUSTRIES, INC. v. ACCIDENT AND
CASUALTY INSURANCE COMPANY
OF WINTERTHUR, ET AL.

March 18, 1997.

## ORDER

The parties having stipulated to a dismissal of this matter and good cause appearing, it is ORDERED that the appeal is dismissed.